IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMAR ALLEN,

    Plaintiff,

v.

WARDEN, SGT. WILLIAM MEILLER and
TRISHA STRECKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-094-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing the warden; and

    (2) granting summary judgment in favor of Sgt. William Meiller and Trisha Strecker and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

9/19/12
Date