IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JAMAR ALLEN,

                Plaintiff,                          ORDER

    v.                                                  12-cv-94-slc

WILLIAM MEILLER and TRISHA STRECKER,

                Defendants.
_____

        In a November 16, 2012 order, I gave plaintiff Jamar Allen until December 10, 2012 to submit an amended affidavit of indigency so that the court could rule on his request for leave to proceed *in forma pauperis* on appeal. However, on November 21, 2012, the Court of Appeals for the Seventh Circuit dismissed plaintiff's appeal for failure to provide a docketing statement as required under Circuit Rule 3(c). Therefore, plaintiff's motion will be denied as moot.

        I note also that plaintiff has submitted the required transcript information sheet and has checked the box indicating that he is ordering a transcript, but does not fill out the rest of the form to indicate what transcript he seeks. This issue appears to be mooted by the dismissal of his appeal, but if he would like a transcript made at his own expense, he should refile the form, providing all of the required information.

ORDER

        IT IS ORDERED that plaintiff Jamar Allen's motion for leave to proceed *in forma pauperis* on appeal, dkt. 39, is DENIED as moot.

        Entered this 4th day of December, 2012.

                                                                 BY THE COURT:

                                                                  /s/

                                                                  STEPHEN L. CROCKER
                                                                  Magistrate Judge